AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 19-mj-00166-NRN |
| JESSE WAYNE HART ) | |
| *Defendant* ) | |

**ARREST WARRANT**

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JESSE WAYNE HART, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   **X** Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 846 (attempt to distribute and possess with intent to distribute a controlled substance)

Date: 07/17/2019

City and state: Denver, Colorado

*Issuing officer's signature*

Magistrate Judge N. Reid Neureiter
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*