# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

IN THE MATTER OF

United States v. Jesse Wayne Hart

Case No. 19-mj-00166-NRN

**RESTRICTED LEVEL 2**

## MOTION TO RESTRICT AFFIDAVIT [Doc #1]

The United States of America, by and through Andrea Surratt, Assistant United States Attorney, moves the Court to enter an Order restricting the affidavit in support of a criminal complaint (the "Affidavit") [Doc# 1] in the above-named matter at Level 2 and as grounds therefore submits the following:

1. The Affidavit in this matter was submitted in support of a criminal complaint and arrest warrant for Jesse Wayne HART. The Affidavit describes an ongoing law enforcement operation. The operation involves the proactive use of undercover officers, among other investigative techniques. Other targets of the investigation are unaware of law enforcement presence in the investigation.

2. HART was arrested on August 1, 2019. Restriction at Level 2 will allow HART and his counsel access to the Affidavit but will restrict the public's access.

3. Restriction of the Affidavit at Level 2 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons: 1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 2, and; 3) only restricted access will adequately protect the interests in question. In particular, other targets of the investigation are unaware of the continuing investigation and there exist other possible locations where evidence of crimes may be located, such as on computers subject to the control of the targets. Accordingly, it is necessary to maintain the secrecy of the investigation, as there

is reason to believe that notification of the existence of the Affidavit will seriously jeopardize the investigation by giving the targets an opportunity flee from prosecution, destroy or tamper with evidence, or change patterns of behavior, including cease communications with the undercover officer.  Restricting access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

WHEREFORE, the Government respectfully moves that the Affidavit and this Motion be restricted at Level 2 until further order of the Court.

Respectfully submitted this 1st day of August, 2019.

JASON R. DUNN
United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0400
E-mail: andrea.surratt@usdoj.gov
Attorney for Government