# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF | Case No. 19-mj-00166-NRN |
| United States v. Jesse Wayne Hart | |

## ORDER TO RESTRICT AFFIDAVIT [Doc #1]

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the affidavit in support of a criminal complaint ("Affidavit") [Doc #1] to Level 2 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the complaint Affidavit in the above-captioned matter is restricted at Level 2 until further order of the Court;

DATED this 1 day of August 2019

BY THE COURT:

_/s/ Reid Neureiter_
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO