AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 0 5 2019**

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 19-mj-00166-NRN |
| JESSE WAYNE HART | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JESSE WAYNE HART, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  **X** Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 846 (attempt to distribute and possess with intent to distribute a controlled substance)

Date: 07/17/2019

City and state: Denver, Colorado

*Issuing officer's signature*

Magistrate Judge N. Reid Neureiter
*Printed name and title*

### Return

This warrant was received on *(date)* 7/17/2019, and the person was arrested on *(date)* 8/1/2019
at *(city and state)* Littleton, CO

Date: 8/1/2019

*Arresting officer's signature*

Edward Kljunich
*Printed name and title*