AO 199A (Rev. 12/11) Order Setting Conditions of Release     Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:19-mj-00166-NRN |
| Jesse Wayne Hart | ) | |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   1929 Stout Street  Probation/Pretrial
_Place_

on   by 9:00AM on August 13, 2019
_Date and Time_

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 08/14 D/CO) Additional Conditions of Release                                    Page  2  of  3  Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )   (6)   The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately
if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                         *Custodian*                                    *Date*

(✓)   (7)   The defendant must:
( ✓ ) (a)   submit to supervision by and report for supervision to the  U.S. Probation Office, 1929 Stout Street, Denver, CO
                    303-544-5424
( ✓ ) (b)   continue or actively seek employment.
( )    (c)   continue or start an education program.
( ✓ ) (d)   surrender any passport to:     To the clerk, U.S. District Court within 2 business days.
( ✓ ) (e)   not obtain a passport or other international travel document.
( ✓ ) (f)   abide by the following restrictions on personal association, residence, or travel: _____
                    travel is restricted to Colorado unless prior permission is granted by the Court
( ✓ ) (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
              including:  _____

( ✓ ) (h)   get medical or psychiatric treatment:     Get medical, psychiatric, and/or mental health treatment as required by your supervising officer.

( )    (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
              or the following purposes: _____

( )    (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
              necessary.
( ✓ ) (k)   not possess a firearm, destructive device, or other weapon.
( ✓ ) (l)   not use alcohol ( ✓ ) at all ( ) excessively.
( ✓ ) (m)  Except as authorized by court order, the defendant shall not  use or unlawfully possess a narcotic drug or other controlled substances
              defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  Except as authorized by court order, the defendant
              shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose
              (including medical purposes).  Without the prior permission of the probation officer, the defendant shall not enter any marijuana
              dispensary or grow facility.
( ✓ ) (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random
              frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
              substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
              substance screening or testing.
( ✓ ) (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
              supervising officer.
( ✓ ) (p)   participate in one of the following location restriction programs and comply with its requirements as directed.
              ( ) (i)   **Curfew.**  You are restricted to your residence every day ( ) from _____ to _____, or ( ) as
                          directed by the pretrial services office or supervising officer; or
              ( ✓ )(ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical,
                          substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                          approved in advance by the pretrial services office or supervising officer; or
              ( )(iii)  **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                          court appearances or other activities specifically approved by the court.
( ✓ ) (q)   submit to location monitoring *RF*, as directed by the supervising officer, and comply with all program requirements and instructions
              provided.
              ( ✓ )You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                          supervising officer.
( ✓ ) (r)   report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
              arrests, questioning, or traffic stops.
( ✓ ) (s)   The defendant shall not act as an informant for any law enforcement agency without prior permission of the Court.
( )    (t)   _____
( )    (u)   _____
( )    (v)   _____

AO 199C  (Rev 09/08) Advice of Penalties | Page __3__ of __3__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

x _____
*Defendant's Signature*

_____
Denver CO
*City and State*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: August 12, 2019 _____
*Judicial Officer's Signature*

Nina Y. Wang, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL