PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | **FROM:** | United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO  80294 |

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

| | |
|---|---|
| ☑ **Original Notice** | ☐ **Notice of Disposition** |
| **Date:** 08/13/2019 | **Date:** |
| **By:** C. Madrid | **By:** |

| | | | |
|---|---|---|---|
| Defendant: | Jesse Wayne Hart | Case Number: | 19-mj-00166-NRN-1 |
| Date of Birth: | ▉▉/1985 | Place of Birth: | Colorado |
| SSN: | | | |

**Notice of Court Order** (Order Date:  08/12/2019  )

☑ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number  52657915  and/or passport card number  _____  to the custody of the U.S. District Court on  08/13/2019 .

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court